(132 So. 908)
STATE ex rel. E. C. PILCHER, etc., v. R. E. POWELL et al.
7 Div. 933.

Supreme Court of Alabama.
March 12, 1931.

SAYRE, J.
Affirmed for want of assignment of errors.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.

(131 So. 911)
STATE ex rel. UNITED STATES FIDELITY & GUARANTY CO. v. Roger SNYDER, Judge.
6 Div. 781.

Supreme Court of Alabama.
Dec. 4, 1930.

See, also, post, p. 710, 131 So. 911.

PER CURIAM.
Petition dismissed.

(131 So. 911)
STATE ex rel. UNITED STATES FIDELITY & GUARANTY CO. v. Roger SNYDER, Judge.
6 Div. 782.

Supreme Court of Alabama.
Dec. 4, 1930.

See, also, ante, p. 710, 131 So. 911.

PER CURIAM.
Petition dismissed.

(132 So. 908)
STATE, for Use, etc., v. J. W. KEY et al.
8 Div. 237.

Supreme Court of Alabama.
Jan. 22, 1931.

PER CURIAM.
Appeal dismissed by appellant.

(131 So. 911)
C. M. WALKER v. Nannie R. WALKER.
7 Div. 984.

Supreme Court of Alabama.
Dec. 4, 1930.

PER CURIAM.
Appeal dismissed on motion of appellant.

(130 So. 917)
E. B. WALPOLE v. Lavada DUNN pro ami.
6 Div. 731.

Supreme Court of Alabama.
Oct. 16, 1930.

Fitts, Boyle & Fitts, of Birmingham, for appellant.

Frank S. White, Jr., Harsh & Harsh, and Francis Hare, all of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed on motion of appellant.

(131 So. 912)
J. C. WATKINS v. STATE.
6 Div. 755.

Supreme Court of Alabama.
Oct. 16, 1930.

Rehearing Denied Nov. 28, 1930.

Jim Gibson, of Birmingham, for petitioner.
Charlie C. McCall, Atty. Gen., opposed.

SAYRE, J.
Petition of J. C. Watkins for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Watkins v. State (6 Div. 696) 129 So. 927.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.